**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 12-8092**

———————————

EDWARD BRYAN,

                    Plaintiff - Appellant,

        v.

SCDC,

                    Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   R. Bryan Harwell, District Judge.
(3:12-cv-01874-RBH)

———————————

Submitted:  March 26, 2013            Decided:  March 28, 2013

———————————

Before DUNCAN, FLOYD, and THACKER, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Edward Sabari Bryan, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Sabari Bryan seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint without prejudice under 28 U.S.C. § 1915A(b) (2006). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-47 (1949). Because the deficiencies identified by the district court may be remedied by the filing of a complaint that cures the defects noted by the district court, we conclude that the district court's order is neither a final order nor an appealable interlocutory or collateral order. Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED